AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF    Massachusetts

Cynthia MacInnis

v.

CIGNA Group Insurance Company
of America, Life Insurance Company
of North America & BAE Systems
Information and Electronic Systems
Long Term Disability Plan

**APPEARANCE**

Case Number:  05-11313 NMG

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

BAE Systems Information and Electronic
Systems Long Term Disability Plan

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 8/9/05 | *(signature)* |
| Date | Signature |
| | Matthew R. Johnson    636297 |
| | Print Name Daniel E. Will    629215    Bar Number |
| | Devine, Millimet & Branch, P.A. |
| | 111 Amherst Street |
| | Address |
| | Manchester    NH    03101 |
| | City    State    Zip Code |
| | 603-669-1000    603-669-8547 |
| | Phone Number    Fax Number |

I certify a copy of this Appearance has been sent to Mala Rafik, Esquire, counsel for the plaintiff and David Crevier, Esquire, counsel for the other defendants.

_____
Matthew R. Johnson