UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CYNTHIA MACINNIS,<br>　　　　　　　Plaintiff<br><br>vs.<br><br>CIGNA GROUP INSURANCE COMPANY OF<br>AMERICA, LIFE INSURANCE COMPANY OF<br>NORTH AMERICA, AND BAE SYSTEMS<br>INFORMATION AND ELECTRONIC SYSTEMS<br>LONG TERM DISABILITY PLAN,<br>　　　　　　　Defendants | )<br>)<br>)<br>)  Civil Action No. 05CV11313 NMG<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF APPEARANCE**

NOW COMES, David B. Crevier and hereby enter his appearance on behalf of the Defendants CIGNA Group Insurance Company of America and Life Insurance Company of North America in the above entitled matter.

　　　　　　　　　　　　　　　　　　　The Defendants
　　　　　　　　　　　　　　　　　　　CIGNA GROUP INSURANCE
　　　　　　　　　　　　　　　　　　　COMPANY OF AMERICA AND LIFE
　　　　　　　　　　　　　　　　　　　INSURANCE COMPANY OF NORTH
　　　　　　　　　　　　　　　　　　　AMERICA,
　　　　　　　　　　　　　　　　　　　By their Counsel:

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　David B. Crevier, BBO No. 557242
　　　　　　　　　　　　　　　　　　　Crevier & Ryan, LLP
　　　　　　　　　　　　　　　　　　　1500 Main Street, Suite 2020
　　　　　　　　　　　　　　　　　　　Springfield, MA  01115
　　　　　　　　　　　　　　　　　　　(413) 787-2400
　　　　　　　　　　　　　　　　　　　Fax (413) 781-8235
　　　　　　　　　　　　　　　　　　　Email:  dcrevier@crevierandryan.com

F:\Files\CIGNA\Macinnis\notice of appearance.doc

1

## CERTIFICATE OF SERVICE

I certify that I served a true copy of the foregoing on all counsel of record said service having taken place this 10th day of August, 2005.

F:\Files\CIGNA\Macinnis\notice of appearance.doc

2