**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| CYNTHIA MACINNIS, | ) |
| Plaintiff | ) |
| | ) |
| vs. | ) Civil Action No. 05CV11313 NMG |
| | ) |
| CIGNA GROUP INSURANCE COMPANY OF | ) |
| AMERICA, LIFE INSURANCE COMPANY OF | ) |
| NORTH AMERICA, AND BAE SYSTEMS | ) |
| INFORMATION AND ELECTRONIC SYSTEMS | ) |
| LONG TERM DISABILITY PLAN, | ) |
| Defendants | ) |

### MOTION BY ALL PARTIES TO EXTEND TIME BY WHICH DEFENDANTS MUST FILE RESPONSIVE PLEADING

Whereas, Plaintiff has filed the present suit against the Defendants alleging violations of

ERISA, 29 U.S.C. § 1132, et. seq.;

Whereas, the Defendants are in the process of obtaining materials necessary to respond to

the Complaint;

Whereas, Plaintiff's Counsel has assented to extending the time by which the Defendants

must file an answer or other responsive pleading until September 12, 2005;

Accordingly, the parties respectfully request that the Court grant this assented to motion

extending the date by which the Defendants must file an answer or otherwise plead in response

to the complaint until September 12, 2005.

1

Respectfully Submitted, the Plaintiff      Respectfully Submitted, the Defendants
CYNTHIA MACINNIS                           CIGNA GROUP INSURANCE COMPANY OF
                                           AMERICA AND LIFE INSURANCE COMPANY
                                           OF NORTH AMERICA


By her Counsel:                            By their Counsel



s/Mala M. Rafik                            s/David B. Crevier
Mala M. Rafik, Esq., BBO # 638075          David B. Crevier, BBO # 557242
ROSENFELD & RAFIK, P.C.                     CREVIER & RYAN, LLP.
44 School Street, Suite 410                 1500 Main Street, Suite 2020
Boston, MA 02108                            Springfield, MA 01115-5727
Tel: (617) 723-7470                         Tel: (413) 787-2400
mmr@rosenfeld.com                           Facsimile: (413) 781-8235
                                            dcrevier@crevierandryan.com


Respectfully Submitted, the Defendant
BAE SYSTEMS INFORMATION AND ELECTRONIC
SYSTEMS LONG TERM DISABILITY PLAN,
By its Counsel

s/Matthew R. Johnson
Daniel E. Will, Esq., BBO # 629215
Matthew R. Johnson, Esq. BBO # 636297
DEVINE, MILLIMET & BRANCH, PA
111 Amherst Street
Manchester, NH 03101
(603) 695-8554
Fax (603) 695-8611
dwill@devinemillimet.com
mjohnson@devinemillimet.com


## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was served on Defendants' counsel by first class U.S. Mail, postage prepaid this 11th day of August, 2005.

s/David B. Crevier

2