UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CYNTHIA MACINNIS,<br>                Plaintiff<br><br>vs.<br><br>CIGNA GROUP INSURANCE COMPANY OF<br>AMERICA, LIFE INSURANCE COMPANY OF<br>NORTH AMERICA, AND BAE SYSTEMS<br>INFORMATION AND ELECTRONIC SYSTEMS<br>LONG TERM DISABILITY PLAN,<br>                Defendants | )<br>)<br>)<br>) Civil Action No. 05CV11313 NMG<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**ASSENTED TO MOTION TO DISMISS DEFENDANT CIGNA GROUP INSURANCE COMPANY OF AMERICA AS A PARTY**

      Pursuant to Fed. R. Civ. P. 21, the Plaintiff moves to dismiss, without prejudice, CIGNA Group Insurance Company of America ("CIGNA") as a Defendant in the above-referenced matter. As grounds for this Motion, the Plaintiff states that the parties have agreed that CIGNA is not a proper party to this action.

      WHEREFORE, the Plaintiff requests that this motion be granted.

Dated: August 11, 2005

                                              Respectfully submitted, the Plaintiff
                                              CYNTHIA MACINNIS,
                                              By her attorney,

                                              /s/ Mala M. Rafik
                                              Mala M. Rafik
                                              BBO No. 638075
                                              ROSENFELD & RAFIK, P.C.
                                              Boston, MA 02108
                                              617-723-7470

Assented to by:

The Defendants
CIGNA GROUP INSURANCE COMPANY OF AMERICA AND
LIFE INSURANCE COMPANY OF NORTH AMERICA,
By their Counsel:


 /s/ David B. Crevier (MMR)
David B. Crevier
BBO No. 557242
Crevier & Ryan, LLP
1500 Main Street, Suite 2020
Springfield, MA  01115
(413)787-2400
Fax (413)781-8235
dcrevier@crevierandryan.com

The Defendant
BAE SYSTEMS INFORMATION AND ELECTRONIC
SYSTEMS LONG TERM DISABILITY PLAN,
By its Counsel


 /s/ Daniel E. Will (MMR)
Daniel E. Will, Esq., BBO # 629215
Matthew R. Johnson, Esq. BBO # 636297
DEVINE, MILLIMET & BRANCH, PA
111 Amherst Street
Manchester, NH 03101
(603) 695-8554
Fax (603) 695-8611
dwill@devinemillimet.com
mjohnson@devinemillimet.com


CERTIFICATE OF SERVICE

     I certify that a copy of the foregoing was served on Defendants' counsel by first class U.S. Mail, postage prepaid this 11th day of August, 2005.

                                Mala M. Rafik