# UNITED STATES DISTRICT COURT

_____ District of _____

CYNTHIA MACINNIS

V.

CIGNA GROUP INSURANCE CO. OF AMERICA, ET. AL.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 05-11313 NMG

TO: (Name and address of Defendant)

LIFE INSURANCE CO. OF NORTH AMERICA
12225 Greenville Ave., Ste. 560
Dallas, TX 75243

c/o

Division of Insurance
Attn: Legal Department
One South Station
Boston, MA 02110

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

MALA M. RAFIK
ROSENFELD + RAFIK, P.C.
44 SCHOOL ST. STE. 410
BOSTON, MA 02108

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

JUN 23 2005

CLERK

DATE

(By) DEPUTY CLERK

## RETURN OF SERVICE

|  | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
              Date                      *Signature of Server*

              _____
              *Address of Server*

**Deputy Sheriff, George Slyva**

Suffolk County Sheriff's Department • 45 Bromfield Street • Boston, MA 02108 • (617) 989-6999

Suffolk, ss.

July 29, 2005

I hereby certify and return that on 7/19/2005 at 8:30AM I served two copies copy of the within Summons, Complaint and Cover Sheet in this action together with $6.00 in fees, upon the within named Life Insurance Co. Of North America in the following manner (See Mass. R. Civ. P. 4(d)): by leaving at the office of the Insurance Commissioner for the Commonwealth the true and lawful attorney of the said corporation upon whom service of all lawful process may be made. Service was made by giving in hand to S. Best, agent at time of service. U.S. District Court Fee ($5.00), Paid Commr ($6.00), Basic Service Fee (IH) ($30.00), Travel ($1.00), Postage and Handling ($1.00), Attest/Copies ($10.00) Total Charges $53.00

(1) A_____                                           _____
                                                                  Deputy Sheriff