UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CYNTHIA MACINNIS,<br>       Plaintiff<br><br>vs.<br><br>CIGNA GROUP INSURANCE COMPANY OF AMERICA, LIFE INSURANCE COMPANY OF NORTH AMERICA, AND BAE SYSTEMS INFORMATION AND ELECTRONIC SYSTEMS LONG TERM DISABILITY PLAN,<br>       Defendants | )<br>)<br>)<br>) Civil Action No. 05CV11313 NMG<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**MOTION BY ALL PARTIES TO EXTEND TIME BY WHICH
DEFENDANTS MUST FILE RESPONSIVE PLEADING**

Whereas, Plaintiff has filed the present suit against the Defendants alleging violations of ERISA, 29 U.S.C. § 1132, et. seq.;

Whereas, the Defendants are in the process of obtaining materials necessary to respond to the Complaint;

Whereas, Plaintiff's Counsel has assented to extending the time by which the Defendants must file an answer or other responsive pleading until October 3, 2005;

Accordingly, the parties respectfully request that the Court grant this motion by all parties to extend the date by which the Defendants must file an answer or otherwise plead in response to the complaint until October 3, 2005.

1

| | |
|---|---|
| Respectfully Submitted, The Plaintiff<br>CYNTHIA MACINNIS | Respectfully Submitted, the Defendants<br>CIGNA GROUP INSURANCE COMPANY OF AMERICA AND LIFE INSURANCE COMPANY OF NORTH AMERICA |
| By her Counsel: | By their Counsel |
| s/Mala M. Rafik<br>Mala M. Rafik, Esq., BBO # 638075<br>ROSENFELD & RAFIK, P.C.<br>44 School Street, Suite 410<br>Boston, MA 02108<br>Tel: (617) 723-7470<br>mmr@rosenfeld.com | s/Katherine R. Parsons<br>David B. Crevier, BBO # 557242<br>CREVIER & RYAN, LLP.<br>1500 Main Street, Suite 2020<br>Springfield, MA 01115-5727<br>Tel: (413) 787-2400<br>Facsimile: (413) 781-8235<br>kparsons@crevierandryan.com<br>dcrevier@crevierandryan.com |

Respectfully Submitted, the Defendant
BAE SYSTEMS INFORMATION AND ELECTRONIC
SYSTEMS LONG TERM DISABILITY PLAN,
By its Counsel

s/Daniel E. Will
Daniel E. Will, Esq., BBO # 629215
Matthew R. Johnson, Esq. BBO # 636297
DEVINE, MILLIMET & BRANCH, PA
111 Amherst Street
Manchester, NH 03101
(603) 695-8554
Fax (603) 695-8611
dwill@devinemillimet.com
mjohnson@devinemillimet.com

## CERTIFICATE OF SERVICE

    I certify that a copy of the foregoing was served on counsel of record by first class U.S. Mail, postage prepaid this 9th day of September, 2005.

                                             s/Katherine R. Parsons