**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| CYNTHIA MACINNIS,<br>               Plaintiff<br><br>vs.<br><br>CIGNA GROUP INSURANCE COMPANY OF AMERICA, LIFE INSURANCE COMPANY OF NORTH AMERICA, AND BAE SYSTEMS INFORMATION AND ELECTRONIC SYSTEMS LONG TERM DISABILITY PLAN,<br>               Defendants | ) ) ) ) ) Civil Action No. 05CV11313 NMG ) ) ) ) ) ) ) |

**NOTICE OF APPEARANCE**

NOW COMES, Katherine R. Parsons and hereby enters her appearance on behalf of the Defendant Life Insurance Company of North America in the above entitled matter.

                                                                                                   The Defendant
                                                                                                   LIFE INSURANCE COMPANY OF
                                                                                                   NORTH AMERICA,
                                                                                                   By their Counsel:

*/s/ Katherine R. Parsons/*
Katherine R. Parsons, BBO# 657280
Crevier & Ryan, LLP
1500 Main Street, Suite 2020
Springfield, MA 01115
(413) 787-2400
Fax (413) 781-8235
Email: kparsons@crevierandryan.com

**CERTIFICATE OF SERVICE**

I certify that I served a true copy of the foregoing on all counsel of record said service having taken place this 12th day of September, 2005.

*/s/ Katherine R. Parsons/*