<u>**UNITED STATES DISTRICT COURT**</u>
<u>**DISTRICT OF MASSACHUSETTS**</u>

| | |
|---|---|
| CYNTHIA MACINNIS,<br>                Plaintiff<br><br>vs.<br><br>CIGNA GROUP INSURANCE COMPANY OF<br>AMERICA, LIFE INSURANCE COMPANY OF<br>NORTH AMERICA, AND BAE SYSTEMS<br>INFORMATION AND ELECTRONIC SYSTEMS<br>LONG TERM DISABILITY PLAN,<br>                Defendants | )<br>)<br>)<br>) Civil Action No. 05CV11313 NMG<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

<u>**LIFE INSURANCE COMPANY OF NORTH AMERICA**</u>
<u>**LR.7.3 CORPORATE DISCLOSURE**</u>

Defendant Life Insurance Company of North America is a wholly owned subsidiary of Connecticut General Corporation. Connecticut General Corporation is a wholly owned subsidiary of CIGNA Holdings Inc. CIGNA Holdings Inc. is a wholly owned subsidiary of CIGNA Corporation. CIGNA Corporation is the only company that is publicly traded and has issued shares to the public.

                                                The Defendants
                                                LIFE INSURANCE COMPANY OF
                                                NORTH AMERICA,
                                                By its Counsel:

                                                David B. Crevier, BBO No. 557242
                                                Katherine R. Parsons, BBO No. 657280
                                                Crevier & Ryan, LLP
                                                1500 Main Street, Suite 2020
                                                Springfield, MA 01115
                                                (413) 787-2400
                                                Fax (413) 781-8235
                                                Email: dcrevier@crevierandryan.com
                                                            kparsons@crevierandryan.com

## CERTIFICATE OF SERVICE

I certify that I served a true copy of the foregoing on all counsel of record said service having taken place this 28th day of September 2005.

_____