UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CYNTHIA MACINNIS,<br>                Plaintiff<br><br>vs.<br><br>CIGNA GROUP INSURANCE COMPANY OF<br>AMERICA, LIFE INSURANCE COMPANY OF<br>NORTH AMERICA, AND BAE SYSTEMS<br>INFORMATION AND ELECTRONIC SYSTEMS<br>LONG TERM DISABILITY PLAN,<br>                Defendants | )<br>)<br>)<br>) Civil Action No. 05CV11313 NMG<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

NOW COMES, David B. Crevier and hereby enters his appearance on behalf of the Defendant BAE Systems Information and Electronic Systems Long Term Disability Plan in the above entitled matter.

                                                        The Defendant
                                                        BAE SYSTEMS INFORMATION AND
                                                        ELECTRONIC SYSTEMS LONG TERM
                                                        DISABILITY PLAN,
                                                         By its Counsel:

                                                         David B. Crevier, BBO No. 557242
                                                         Crevier & Ryan, LLP
                                                         1500 Main Street, Suite 2020
                                                         Springfield, MA  01115-5727
                                                         (413) 787-2400
                                                         Fax (413) 781-8235
                                                         Email: dcrevier@crevierandryan.com

## CERTIFICATE OF SERVICE

I certify that I served a true copy of the foregoing on all counsel of record said service having taken place this 28th day of September, 2005.