UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CYNTHIA MACINNIS,<br>                   Plaintiff<br><br>vs.<br><br>CIGNA GROUP INSURANCE COMPANY OF<br>AMERICA, LIFE INSURANCE COMPANY OF<br>NORTH AMERICA, AND BAE SYSTEMS<br>INFORMATION AND ELECTRONIC SYSTEMS<br>LONG TERM DISABILITY PLAN,<br>                   Defendants | )<br>)<br>)<br>) Civil Action No. 05CV11313 NMG<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

NOW COMES, Katherine R. Parsons and hereby enters her appearance on behalf of the Defendant BAE Systems Information and Electronic Systems Long Term Disability Plan in the above entitled matter.

                                                    The Defendant
                                                    BAE SYSTEMS INFORMATION AND
                                                    ELECTRONIC SYSTEMS LONG TERM
                                                    DISABILITY PLAN,
                                                    By its Counsel:

                                                    /s/ Katherine R. Parsons
                                                    Katherine R. Parsons, BBO# 657280
                                                    Crevier & Ryan, LLP
                                                    1500 Main Street, Suite 2020
                                                    Springfield, MA  01115
                                                    (413) 787-2400
                                                    Fax (413) 781-8235
                                                    Email:  kparsons@crevierandryan.com

## CERTIFICATE OF SERVICE

I certify that I served a true copy of the foregoing on all counsel of record said service having taken place this 28th day of September 2005.

*/s/ Katherine B. Ba___*