UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Cynthia MacInnis,
    Plaintiff

v.                                                                 Civil Action No. 05-11313-NMG

CIGNA Life Insurance, et al.,
    Defendant

## SETTLEMENT ORDER OF DISMISSAL

<u>GORTON, D.J.</u>

    The Court having been advised by counsel for the defendant on 11/29/2005 that this action has settled, IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party upon good cause shown within sixty (60) days to reopen the action if settlement is not consummated.

 

                                                                                 By the Court,

                                                                                 /S/ Craig J. Nicewicz

11/29/05                                                            _____
   Date                                                              Craig J. Nicewicz
                                                                          Deputy Clerk

Case 1:05-cv-11313-NMG    Document 17    Filed 11/29/2005    Page 2 of 2