UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CYNTHIA MACINNIS,<br>        Plaintiff<br><br>vs.<br><br>LIFE INSURANCE COMPANY OF NORTH<br>AMERICA AND BAE SYSTEMS<br>INFORMATION AND ELECTRONIC SYSTEMS<br>LONG TERM DISABILITY PLAN,<br>        Defendants | Civil Action No. 05CV11313 NMG |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1), the parties hereby voluntarily stipulate to the dismissal of the above-captioned action, in its entirety, with prejudice, each party to bear its own costs, with all rights of appeal waived.

| Respectfully Submitted, | Respectfully Submitted, |
|---|---|
| PLAINTIFF CYNTHIA MACINNIS | DEFENDANTS LIFE INSURANCE COMPANY OF NORTH AMERICA and BAE SYSTEMS INFORMATION AND ELECTRONIC SYSTEMS LONG TERM DISABILITY PLAN, |
| By her Attorney | By their Attorneys, |
| /s/Mala M. Rafik<br>Mala M. Rafik, Esq., BBO # 638075<br>ROSENFELD & RAFIK<br>44 School Street, Suite 410<br>Boston, MA 02108<br>Tel: (617) 723-7470<br>Facsimile: (617) 227-2843<br>Email: mmr@rosenfeld.com | /s/Katherine R. Parsons<br>David B. Crevier, BBO # 557242<br>Katherine R. Parsons, BBO # 657280<br>CREVIER & RYAN, LLP.<br>1500 Main Street, Suite 2020<br>Springfield, MA 01115-5727<br>Tel: (413) 787-2400<br>Facsimile: (413) 781-8235<br>Email: dcrevier@crevierandryan.com<br>    kparsons@crevierandryan.com |

**CERTIFICATE OF SERVICE**

  I certify that I served a true copy of the foregoing on all counsel of record said service having taken place this 16th day of December 2005.

                /s/Katherine R. Parsons